```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION
```

| | |
|---|---|
| MARCO ANTONIO GONZALEZ-PULIDO, | CRIMINAL ACTION |
| | 1:07-CR-412-CAP-GGB-12 |
| Movant, | CIVIL ACTION |
| v. | NO. 1:10-CV-3939-CAP |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

### O R D E R

After carefully considering the report and recommendation of the magistrate judge [Doc. No. 922], there being no objections thereto, the court receives it with approval and ADOPTS it as the opinion and order of this court.

SO ORDERED, this 24th day of August, 2011.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge